### Thomas Dundon *vs.* Richard Dundon.

Third Judicial District.
Argued June 7th—decided July 12th, 1910.

Action between former partners for an accounting and payment of the amount found due thereon, and for other relief, brought to and tried by the Superior Court in Fairfield County, *George W. Wheeler, J.;* facts found and judgment rendered for the plaintiff for $5,979, and appeal by the defendant. *No error.*

*Edward K. Nicholson,* for the appellant (defendant).

*John J. Cullinan,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in Fairfield County.